| **Return** | | |
|---|---|---|
| Case No.:<br>   26-M-319 | Date and time warrant executed:<br>   03/9/2026          03:37 PM | Copy of warrant and inventory left with:<br>   USPS Priority Mail Parcel 9405 5508 9956 2031 1441 34 |

Inventory made in the presence of :
   Postal Inspectors Erik Meidlinger and Daniel Barnes

Inventory of the property taken and name(s) of any person(s) seized:

Search and seizure warrant 26-MJ-319: USPS Priority Mail Parcel 9405 5508 9956 2031 1441 34 was opened and located inside was one large, vacuum sealed bag which when opened contained approximately 470 grams of a green bud like substance which field tested positive for Marijuana.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:      03/24/2026

*Erik Meidlinger*

_____
*Executing officer's signature*

Erik Meidlinger, United States Postal Inspector
_____
*Printed name and title*